NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| David Polifroni, | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 11-03362 (WHW) |
| | : | |
| Commercial Recovery Systems, Inc., | : | |
| | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

For the reasons set for the in the accompanying Opinion and good cause therefor,

It is, on this 24th day of July, 2012,

ORDERED that the plaintiff David Polifroni's Motion for Default Judgment (ECF No. 8) is DENIED; and

ORDERED that the deadline for serving the Summons and Complaint on defendant Commercial Recovery Systems pursuant to Federal Rule of Civil Procedure 4(m) shall be extended to September 14, 2012; and

ORDERED that the plaintiff David Polifroni shall either properly effect service on defendant Commercial Recovery Systems or show cause before this Court no later than September 14, 2012 why the Court should not dismiss this action for failure to properly effect service of the Summons and Complaint on defendant Commercial Recovery Systems.

/s/ William H. Walls

United States Senior District Judge