IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID POLIFRONI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 2:11-cv-3362-WHW-CCC** |
| ) | |
| COMMERCIAL RECOVERY ) | |
| SYSTEMS, INC., ) | |
| ) | |
| Defendant ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: <u>January 7, 2013</u>        BY:<u>/s/Amy L. Bennecoff</u>
                                    Amy L. Bennecoff, Esquire
                                    Attorney ID # AB 0891
                                    Kimmel & Silverman, P.C
                                    1930 E. Marlton Pike, Suite Q29
                                    Cherry Hill, New Jersey 08003
                                    Phone: (856)429-8334
                                    Facsimile: (856) 216-7344
                                    Email: abennecoff@creditlaw.com
                                    Attorney for Plaintiff